# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

RASHEEM HALL,                 :    No. 31 EM 2016

        Petitioner

     v.

JACQUELINE F. ALLEN, ADMIN. JUDGE  :
PHILADELPHIA COUNTY, COURT OF     :
COMMON PLEAS, POST TRIAL UNIT,      :

        Respondent

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2016, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.